UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST, | CASE NO. C20-0745 MJP |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| Dominic Mailuw, | |
| Defendant. | |

On June 18, 2020, this Court entered an Order Regarding Initial Disclosures and Joint Status Report to be filed with the Court no later than July 30, 2020 Dkt. No. #5. The parties having failed to file their joint status report in conformity with this order, therefore,

IT IS ORDERED that the parties must show cause, by no later than **September 3, 2020**, why this matter should not be dismissed for failure to comply with the orders of this Court.

ORDER TO SHOW CAUSE - 1

1
2

The clerk is ordered to provide copies of this order to all

counsel. Dated August 20, 2020.

3
4
5

Marsha J. Pechman
United States Senior District Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24